## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 257 EAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No.
: 1015 EDA 2017 entered on May 31,
: 2018, **affirming** the Order of the
ANTONIO CONNOR, : Philadelphia County Court of Common
: Pleas at No. CP-51-CR-0010553-
Petitioner : 2014 entered on February 8, 2017

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** for proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, ___ A.3d ___, 2019 WL 1866653 (Pa. Apr. 26, 2019).